IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIDWESTERN TEAMSTER PENSION TRUST FUND, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| versus | § | CIVIL ACTION NO. H-08-1809 |
| BAKER HUGHES INC., *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in Magistrate Judge Mary Milloy's Memorandum and Recommendation which was adopted by this Court by Order signed on May 26, 2009, this action is **DISMISSED.**

**THIS IS A FINAL JUDGMENT.**

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED on this the 26 day of May, 2009, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**